

**ECKERT**
SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
2000 Lenox Drive
Suite 203
Lawrenceville, NJ 08648

TEL: 609 392 2100
FAX: 609 392 7956

Jill R. Cohen, Esq.
jcohen@eckertseamans.com
609.989.5056

June 16, 2021

**_Via ECF_**
The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        *Re:*    *Building Service 32BJ Health Fund, et al. v. Vanguard*
              *General Services Corporation (Civ. No. 20-5608 (PAE))*

Dear Judge Engelmayer:

This firm represents Defendant Vanguard General Services Corporation ("Vanguard") in the above-referenced action.

We write to request an extension of Vanguard's time to respond to the First Amended Complaint from Monday, June 28, 2021 through Friday, July 30, 2021, while the parties continue their settlement negotiations. The parties have been working diligently to resolve this matter, but require additional time to resolve all outstanding issues, including the additional issues raised within the First Amended Complaint. Plaintiff's counsel consents to this request.

Thank you for your attention to this matter.

                      Respectfully Submitted,

                      */s/ Jill R. Cohen*

                      Jill R. Cohen

Granted. SO ORDERED.
*Paul A. Engelmayer*
─────────────────────
PAUL A. ENGELMAYER
United States District Judge
6/16/2021